**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                          Case No.: 14-11575-BKC-AJC

FERNANDO TORRES,                              Chapter 7

    Debtor.
_____/

## REPORT OF SALE OF ASSETS

The undersigned duly appointed, qualified, and acting chapter 7 bankruptcy trustee of the above referenced estate, hereby files this report of sale of real and related personal property (collectively, the "Assets").

On March 25, 2014, the Court entered an Order [ECF No. 23] (the "Order") authorizing the sale of the Assets for the benefit of creditors. Pursuant to the Order, the Debtor agreed to pay $6,000 for the purchase of interest in the 2005 Mercedes Benz, furniture, interest in jewelry, and the 2013 Tax Refund. Thereafter, Debtor complied with the terms of Order and the described assets were released to the Debtor.

Respectfully submitted,

BY   /s/ Drew M. Dillworth, Trustee
     DREW M. DILLWORTH, TRUSTEE
     Museum Tower, Suite 2200
     150 West Flagler Street
     Miami, Florida 33130
     Telephone:   (305) 789-3598
     Facsimile:    (305) 789-3395